MONICA CRUZ THORNTON (SBN 131446)
mthornton@selmanlaw.com
ELAINE F. HARWELL (SBN 242551)
eharwell@selmanlaw.com
SELMAN BREITMAN LLP
101 W. Broadway, Suite 1330
San Diego, CA 92101
Telephone: 619.564.3600
Facsimile: 619.564.3636

JS-6

Attorneys for Plaintiffs ZURICH AMERICAN INSURANCE COMPANY and AMERICAN ZURICH INSURANCE COMPANY

JOEL A. GOLDMAN (SBN 41367)
jgoldman@clarktrev.com
JOHN A. LAPINSKI (SBN 71596)
jlapinski@clarktrev.com
Clark & Trevithick
800 Wilshire Blvd., Twelfth Floor
Los Angeles, CA 90017
Telephone: (213) 629-5700
Facsimile: (213) 624-9441

Attorneys for Defendants GERALD CASTELLAW INDIVIDUALLY AND AS TRUSTEE OF THE CASTELLAW FAMILY TRUST, FABRITEC, LLC, and BEECHTREE INVESTMENTS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CASTEC, INC., a California corporation, CASTEC MANUFACTURING, INC., a California corporation, GERALD | Case No. 2:14-CV-09221 RGK (JEMx)<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41(A)(1)<br><br>Judge: R. Gary Klausner<br>Dept.: 850 |

1

81082.1 465.36782

| | |
|---|---|
| 1<br>2<br>3<br>4 | CASTELLAW, an individual, FABRITEC, LLC, a California corporation, and DOES 1 - 100, inclusive,<br><br>          Defendants. |

## ORDER ON STIPULATION OF THE PARTIES

The Joint Stipulation by and between the parties hereto that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) in its entirety, that Plaintiffs and Defendants shall bear their own attorneys' fees and costs, and that the Court shall retain jurisdiction to enforce the settlement terms is accepted and entered as the Order of the Court.

**IT IS SO ORDERED.**

Dated: December 23, 2015      *Gary Klausner*
                                             Hon. R. Gary Klausner